IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFREY M. HARMON, :

Plaintiff(s), Case No. 3:25-CV-00229

:

- vs - District Judge Thomas M. Rose

TAYLOR COMMUNICATION, INC., :

Defendant(s).

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process. Mediation is requested to be scheduled prior to November 3, 2026, or as soon as the parties' schedules permit .

Dated: September 15, 2026

***s/Thomas M. Rose***
Thomas M. Rose, Judge
United States District Court